# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA DE LOURDES LOPEZ and FLORENTINO VIEYRA,<br><br>        Plaintiffs,<br><br>vs.<br><br>CARDENAS MARKETS, INC., *et al.*,<br><br>        Defendants. | Case No.  2:11-cv-00323-ECR-CWH<br><br>**ORDER** |

This matter is before the Court on the requests of attorneys Byron L. Ames and Jeremiah Pendleton, from the law firm of Tharpe & Howell, LLP, to be removed from the Court's electronic filing and service list (#28) and (#29), filed December 13, 2011.  Defendant Cardenas Markets, Inc. recently substituted attorneys Steven T. Jaffe and Ronald Green, of the law firm of Hall Jaffe & Clayton, LLP, in place of attorneys from the law firm of Tharpe & Howell, LLP.  *See* Order (#21).  Accordingly,

**IT IS HEREBY ORDERED** that Requests to be Removed from Electronic Filing and Service List (#28) and (#29) are **granted**.

DATED this 14th day of December, 2011.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**