**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARIA DE LOURDES LOPEZ and )
FLORENTINO VIEYRA, )
  )
         Plaintiffs, )   Case No.  2:11-cv-00323-ECR-CWH
  )
vs. )   **ORDER**
  )
CARDENAS MARKETS, INC., *et al.*, )
  )
         Defendants. )
_____ )

      This matter is before the Court on the requests of attorneys Byron L. Ames and Jeremiah Pendleton, from the law firm of Tharpe & Howell, LLP, to be removed from the Court's electronic filing and service list (#28) and (#29), filed December 13, 2011.  Defendant Cardenas Markets, Inc. recently substituted attorneys Steven T. Jaffe and Ronald Green, of the law firm of Hall Jaffe & Clayton, LLP, in place of attorneys from the law firm of Tharpe & Howell, LLP.  *See* Order (#21). Accordingly,

      **IT IS HEREBY ORDERED** that Requests to be Removed from Electronic Filing and Service List (#28) and (#29) are **granted**.

      DATED this 14th day of December, 2011.

                                               _____
                                               **C.W. Hoffman, Jr.**
                                               **United States Magistrate Judge**